**UNITED STATES DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA,
WESTERN DIVISION-LOS ANGELES**

| | |
|---|---|
| JOY LANGFORD, | **Case No.:** 2:12-cv-10816-JAK-PLA |
| Plaintiff, | **ORDER ENTERING DEFAULT AGAINST DEFENDANT LIGHTHOUSE RECOVERY ASSOCIATES, LLC** |
| v. | |
| LIGHTHOUSE RECOVERY ASSOCIATES, LLC | JS-6 |
| Defendants. | |

Upon consideration of Plaintiff's Motion for Default Judgment and Supplement and Affidavit in Support filed by Plaintiff, Joy Langford, and upon good cause shown;

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered in favor of Plaintiff, Joy Langford and against Defendant, Lighthouse Recovery Associates in the amount of $4,405.000, reflecting $1,000.00 in actual damages to Plaintiff, $1,000.00 in statutory damages, $2,000.00 in attorneys' fees, and $405.00 in costs of litigation.

DATE:   September 18, 2013

_(signature)_

Hon. John A. Kronstadt
United States District Judge